IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

DIANA MEY,

        Plaintiff,

v.                                  **CIVIL ACTION NO. 5:22-CV-266**
                                    Judge Bailey

**THE BALTIMORE LIFE INSURANCE**
**COMPANY,**

        Defendant.

## FIRST ORDER AND NOTICE REGARDING
## DISCOVERY AND SCHEDULING CONFERENCE

Pursuant to Fed. R. Civ. P. 16(b) and 26(f) and Local Rule of Civil Procedure ("L.R. Civ. P.") 16.01 and 26.01, it is hereby **ORDERED** that:

| | |
|---|---|
| **1. Initial Planning Meeting**<br>**On or before: May 12, 2023** | **3. Initial Disclosures**<br>**On or before: June 9, 2023** |
| **2. Meeting Report**<br>**On or before: May 26, 2023** | **4. Scheduling Conference:**<br>**If necessary** |

(1) **Initial Planning Meeting**: Pursuant to Fed. R. Civ. P. 16 and 26(f) and L.R. Civ. P. 16.01(b), parties to this action shall meet in person or by telephone on or before **May 12, 2023**. At this meeting, the parties shall discuss all matters required by Fed. R. Civ. P. 16 and 26(f) and L.R. Civ. P. 16.01(b).

(2) **Meeting Report and Proposed Discovery Plan**: Pursuant to Fed. R. Civ. P. 26(f) and L.R. Civ. P. 16.01(c), the parties shall submit to this Court a **written report** on the results of the initial discovery meeting **and a completed Scheduling Order Checklist** (see attached) on or before **May 26, 2023**. The written report shall include the parties'

report on those matters set forth in L.R. Civ. P. 16.01(b)(1-5) and 16.01(c) and the parties' discovery plan as required by Fed. R. Civ. P. 26(f). The parties' report on their meeting shall be considered by this Court as advisory only. Parties and counsel are subject to sanctions as set forth in Fed. R. Civ. P. 16(f) and L.R. Civ. P. 37.01 for failure to participate in good faith in the development and submission of a meeting report and proposed discovery plan.

(3) **Initial Discovery Disclosures**: Pursuant to Fed. R. Civ. P. 26(a)(1) and L.R. Civ. P. 26.01(a), each party shall provide to every other party the initial discovery disclosures required under Fed. R. Civ. P. 26(a)(1) on or before **June 9, 2023**.

(4) **Telephonic Scheduling Conference**: Upon receipt of the meeting report and proposed discovery plan, this Court may conduct a scheduling conference at a date and time deemed appropriate. See Fed. R. Civ. P. 16(b) and L.R. Civ. P. 16.01(d). However, if this Court determines, after a review of the meeting report and proposed discovery plan, that a scheduling conference is not necessary, no conference will be scheduled and a scheduling order will be entered. See Fed. R. Civ. P. 16(b) and L.R. Civ. P. 16.01(d).

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein, along with copies of this Court's Scheduling Order Checklist.

**DATED**: April 14, 2023.

**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_____

Plaintiff(s),

v.

_____                Civil Action No. _____

Defendant(s).

## SCHEDULING ORDER CHECKLIST

ATTORNEYS

1. INTERMEDIATE PRETRIAL CONFERENCE

    _____

2. MEDIATION          Before -     _____

3. JOINDER AND AMENDMENTS          _____

4. EXPERT DISCLOSURE

       a. With Burden              _____

       b. Without Burden           _____

5. EXAMINATION/INSPECTIONS

                                   _____

6. DISCOVERY COMPLETION            _____

7. DISPOSITIVE MOTIONS             _____

                                   _____ Responses

                                   _____ Replies

8. PRETRIAL DISCLOSURES, FED R. CIV PRO 26(a) 3   _____

       a. Objections   _____

9. JURY INSTRUCTIONS, VOIR DIRE and VERDICT FORMS   _____

       a. Objections   _____

10. MOTIONS IN LIMINE   _____

       a. Objections   _____

11. BIOGRAPHICAL SKETCHES   _____

12. JOINT FINAL PRETRIAL CONFERENCE ORDER   _____

13. FINAL PRETRIAL CONFERENCE   _____

14. Trial   _____

    (If non-jury trial, Proposed Findings of Fact and Conclusions of Law are to be filed with Court and opposing counsel _____)