**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**Wheeling**

**DIANA MEY,**

        Plaintiff,

    v.                                 **CIVIL ACTION NO. 5:22-CV-266**
                                                   Judge Bailey

**THE BALTIMORE LIFE INSURANCE**
**COMPANY,**

        Defendant.

## ORDER

On May 26, 2023, the parties submitted their Report of Initial Planning Meeting [Doc. 17] and a Scheduling Order Checklist [Doc. 17-1]. The Scheduling Order Checklist submitted by the parties did not follow the scheduling order checklist provided by this Court. The parties are **DIRECTED** to refile their report, with the Court's Scheduling Order Checklist (see attached), within **fourteen (14) days** of the entry of this Order.

It is so **ORDERED**.

The Clerk is directed to transmit true copies of this order to all counsel of record.

**DATED**: June 5, 2023.

_____
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_____

Plaintiff(s),

v.

Civil Action No. _____

_____

Defendant(s).

## SCHEDULING ORDER CHECKLIST

### ATTORNEYS

1. INTERMEDIATE PRETRIAL CONFERENCE

_____

2. MEDIATION            Before -            _____

3. JOINDER AND AMENDMENTS            _____

4. EXPERT DISCLOSURE

    a. With Burden            _____

    b. Without Burden            _____

5. EXAMINATION/INSPECTIONS

_____

6. DISCOVERY COMPLETION            _____

7. DISPOSITIVE MOTIONS            _____

_____  Responses

_____  Replies

2

8. PRETRIAL DISCLOSURES, FED R. CIV PRO 26(a) 3

                             a. Objections     _____

9. JURY INSTRUCTIONS, VOIR DIRE and VERDICT FORMS

                             a. Objections     _____

10. MOTIONS IN LIMINE     _____

                             a. Objections     _____

11. BIOGRAPHICAL SKETCHES     _____

12. JOINT FINAL PRETRIAL CONFERENCE ORDER

                             _____

13. FINAL PRETRIAL CONFERENCE     _____

14. Trial     _____

        (If non-jury trial, Proposed Findings of Fact
and Conclusions of Law are to be filed with Court
and opposing counsel _____)