IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**DIANA MEY,**

        Plaintiff,

v.                                    **CIVIL ACTION NO. 5:22-CV-266**
                                                  Judge Bailey

**THE BALTIMORE LIFE INSURANCE
COMPANY,**

        Defendant.

## ORDER

Pending before this Court is Plaintiff's Motion to Amend Complaint [Doc. 29], filed October 16, 2023. Therein, plaintiff seeks to amend her complaint to: (1) convert this case into a class action case and (2) add United Life Services and Erika Jones as defendants in this matter.

Under Federal Rule of Civil Procedure 15(a)(1), a party may amend its pleading once as a matter of course within (A) 21 days of serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier. When the 21 day period has expired, FRCP 15(a)(2) allows a party to amend its pleading with leave of the court, which the rule states should be freely given when justice so requires.

In consideration of the Motion, this Court finds the requested relief to be appropriate pursuant to Federal Rule of Civil Procedure 15(a)(2). Accordingly, plaintiff's Motion **[Doc. 29]** is **GRANTED**. Plaintiff is **DIRECTED TO FILE** her Amended Complaint **[Doc. 29-1]**. Further, the parties are hereby **DIRECTED** to file a new 26(f) report, with the

Scheduling Order Checklist (see attached), within **fourteen (14) days** of the entry of this Order.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: October 31, 2023.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_____

Plaintiff(s),

v.

Civil Action No. _____

_____

Defendant(s).

## SCHEDULING ORDER CHECKLIST

ATTORNEYS

1. INTERMEDIATE PRETRIAL CONFERENCE

    _____

2. MEDIATION          Before -     _____

3. JOINDER AND AMENDMENTS    _____

4. EXPERT DISCLOSURE

    a. With Burden     _____

    b. Without Burden  _____

5. EXAMINATION/INSPECTIONS

    _____

6. DISCOVERY COMPLETION    _____

7. DISPOSITIVE MOTIONS     _____

    _____ Responses

    _____ Replies

8. PRETRIAL DISCLOSURES, FED R. CIV PRO 26(a) 3

                              a. Objections    _____

9. JURY INSTRUCTIONS, VOIR DIRE and VERDICT FORMS

                              a. Objections    _____

10. MOTIONS IN LIMINE    _____

                              a. Objections    _____

11. BIOGRAPHICAL SKETCHES    _____

12. JOINT FINAL PRETRIAL CONFERENCE ORDER    _____

13. FINAL PRETRIAL CONFERENCE    _____

14. Trial    _____

        (If non-jury trial, Proposed Findings of Fact and Conclusions of Law are to be filed with Court and opposing counsel _____ )